| **Fill in this information to identify your case:** |
| --- |
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)*                    Chapter   **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Kafka Construction Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **11-2845552** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **39-24 28th Street** **Long Island City, NY 11101** Number, Street, City, State & ZIP Code **Queens** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

Debtor  **Kafka Construction Inc.**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

| Debtor | **Kafka Construction Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other  _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency  _____
          Contact name  _____
          Phone  _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| Debtor | **Kafka Construction Inc.** | Case number (*if known*) | |
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 3, 2018**
             MM / DD / YYYY

**X** **/s/ Costas Katsifas**                              **Costas Katsifas**
Signature of authorized representative of debtor           Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ Robert J. Spence**                             Date **May 3, 2018**
Signature of attorney for debtor                                MM / DD / YYYY

**Robert J. Spence**
Printed name

**Spence Law Office, P.C.**
Firm name

**55 Lumber Road**
**Suite 5**
**Roslyn, NY 11576**
Number, Street, City, State & ZIP Code

Contact phone  **516-336-2060**      Email address  **rspence@spencelawpc.com**

**rs3506 NY**
Bar number and State

A&V steel
14414 106th Avenue
Jamaica, NY 11435

Accurate Precast
 1957 Pitkin Avenue
Brooklyn, NY 11207

AJBBC
 SABAJ Law Firm
349 Fifth Avenue Ste 334
New York, NY 10016

American Express
PO Box 297800
Fort Lauderdale, FL 33329-7800

Army Construction
730 Broad Street, Suite 5
Clifton, NJ 07013

Berkley Insurance Company
60 E 42nd Street
Suite 1800
New York, NY 10165

BRICKLAYERS LOCAL 1
4 Court Sq 2nd Fl
Long Island City, NY 11101

Chapman & Evans Inc.
40-29 27th Street
Long Island City, NY 11101

Commissioner of Labor
State of NY Dept. of Labr
Albany, NY 12240

DC Carpenters Union
395 Hudson Street
New York, NY 10014

```
DRYWALL TAPERS LOCAL 1974
265 West 14th Street
Room 1003
New York, NY 10011


Eagle 1 Mechanical, Inc.
62-43 30th Avenue
Woodside, NY 11377


Elan Financial Services
FMA Alliance Ltd.
  PO Box 2409
Houston, TX 77252-2409


Enright Marble & Tile Cor
59-50 56th Road
Maspeth, NY 11378


Faith Construction, Inc.
16 Stewart Street
Brooklyn, NY 11207


FedEx
  Synter Resource Group
5935 Rivers Avenue
STE 102
Charleston, SC 29406


Forsythe Plumbing
14-24 118th Street
College Point, NY 11356


G&Fast Electric, Inc.
 36-12 23rd Street
Long Island City, NY 11101


GC Expediting
 42 Broadway,
 Suite #12-118
Sunnyside, NY 11104


Geico
 One GEICO Plaza
Bethesda, MD 20810
```

Gottesman, Wolgel,
Flynn, Weinberg & Lee PC
11 Hanover Sq. 4th Floor
New York, NY 10005


Home Depot Credit Service
Dept 32-2503194874
 PO Box 78047
Phoenix, AZ 85062


Internal Revenue Service
Post Office Box 21126
Philadelphia, PA 19114


J & A Contractors Corp.
734 5th Avenue
Brooklyn, NY 11232


James L. Smith Agency Inc
 5401 Boulevard East
West New York, NJ 07093


Kenco Wire & Iron Product
425 Carr Avenue
Keansburg, NJ 07734


Kings Security
 1900 Crotona Ave
Bronx, NY 10457


Landen Copier
Advanced Recovery Systems
PO Box 80766
Valley Forge, PA 19484


Litsco
76-11 88th Street
Ridgewood, NY 11385


Manta Construction, Corp.
 29-11 40th Road
Long Island City, NY 11101

Mary Ellen Nicholson
42 Hopping Avenue
Staten Island, NY 10307


MASON TENDERS LOCAL 79
520 EIGHTH AVENUE,
Suite 600
New York, NY 10018-4196


MASON TENDERS LOCAL 79
520 8th Avenue, Suite 679
New York, NY 10018


Meltzer Lippe
 190 Willis Avenue
Mineola, NY 11501


Midtown HVAC Enterprises
111 22nd Street
Brooklyn, NY 11232


Milad Contracting Corp.
59-01 39th Avenue
Woodside, NY 11377


Monmore
 236 Kimball Avenue
Yonkers, NY 10704


NYC SCA
100 Church Street
New York, NY 10007


NYES
 368 Richardson Street
Brooklyn, NY 11222


NYS Department of Finance
PO Box 5300
Albany, NY 12205-0300


NYS Unemployment
 PO Box 4301
Binghamton, NY 13902-4301

```
OPERATING ENGINEER
Local 15
44-40 11th St,
Long Island City, NY 11101


Pacific Plumbing & Heatin
  378 McGuinness Blvd.
Brooklyn, NY 11222


Pacific Plumbing Corp.
  29-11 40th Road
Long Island City, NY 11101


PAVERS LOCAL 1010
17-20 Whitestone Expy,
Whitestone, NY 11357


POINTERS LOCAL 1
4 Court Square Floor 2
Long Island City, NY 11101


Precision 3Sixty NYC, Inc
252 Java Street
Ste 146
Brooklyn, NY 11222


Pride Equipment
150 Nassau Ave
Islip, NY 11751


ReadyRefresh by Nestle
Associated Credit Service
115 Flanders Road
Ste 140
Westborough, MA 01581


Ricoh USA, Inc.
  70 Valley Stream Parkwa
Malvern, PA 19355


Robert Schacht PC
1001 Clove Road
Staten Island, NY 10301
```

Rosenberg & Manente, PLLC
12 West 32nd Street, 10th
10TH Floor
New York, NY 10001


School Construction Auth
3030 Thomson Avenue
Long Island City, NY 11101


Selectric Electrical
78-14 46th Avenue
Elmhurst, NY 11373


Simpson Gumpertz &
 Heger Inc.
PO Box 843476
Boston, MA 02284-3476


SPJ Piping Corp.
 120 49th Street
Brooklyn, NY 11232


Sunoco Fleet
Client Services Inc.
3451 Harry S Truman Blvd.
Saint Charles, MO 63301


T-Mobile
 Convergent Outsourcing,I
800 SW 39th Street
 PO Box 9004
Renton, WA 98057


United Rentals
6125 Lakeview Road
Ste 300
Charlotte, NC 28269


US Fence Systems, Inc
553 3rd Avenue
Brooklyn, NY 11215


Varsity Plumbing & Heatin
31-99 123rd Street
Flushing, NY 11354

```
Verizon
RPM LLC
 20816 44th Avenue
Lynnwood, WA 98036


Verizon
McCarthy, Burgess & Wolfe
26000 Canon Road
Bedford, OH 44146


Visa Cardmember Svce
777 3rd Ave #12
New York, NY 10017


Wells Fargo Equipment Fin
3440 Walnut Ave
Box 133522
Building A Window H
Fremont, CA 94538-2210
```

# United States Bankruptcy Court
### Eastern District of New York

In re **Kafka Construction Inc.**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Kafka Construction Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Christopher Vardaros**
**22-30 74th Street**
**East Elmhurst, NY 11370**

**Costas Katsifas**
**21 The Ridge**
**Manhasset, NY 11030**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 3, 2018** | **/s/ Robert J. Spence** |
| Date | **Robert J. Spence** |
| | Signature of Attorney or Litigant |
| | Counsel for **Kafka Construction Inc.** |
| | **Spence Law Office, P.C.** |
| | **55 Lumber Road** |
| | **Suite 5** |
| | **Roslyn, NY 11576** |
| | **516-336-2060 Fax:516-605-2084** |
| | **rspence@spencelawpc.com** |