**Fill in this information to identify the case:**

Debtor name    **Kafka Construction Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **1-18-42637**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 14, 2018**        X **/s/ Costas Katsifas**
                                        Signature of individual signing on behalf of debtor

                                        **Costas Katsifas**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Kafka Construction Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | **1-18-42637** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alma Bank** <br> **28-31 31 street** <br> **Astoria, NY 11102** | | | **Contingent** <br> **Unliquidated** <br> **Disputed** | **$750,000.00** | **$0.00** | **$750,000.00** |
| **American Express** <br> **PO Box 297800** <br> **Fort Lauderdale, FL 33329-7800** | | | **Contingent** <br> **Unliquidated** <br> **Disputed** | | | **$202,201.48** |
| **Army Construction** <br> **730 Broad Street, Suite 5** <br> **Clifton, NJ 07013** | | **Subcontractor - Curtis HS** | **Contingent** <br> **Unliquidated** <br> **Disputed** | | | **$249,344.00** |
| **Blue Diamond Sheet Metal** <br> **1165 Station Road** <br> **Medford, NY 11763** | | **Part of Chapman & Evans, Inc. Claim** | **Contingent** <br> **Unliquidated** <br> **Disputed** | | | **$82,543.00** |
| **BRICKLAYERS LOCAL 1** <br> **4 Court Sq 2nd Fl** <br> **Long Island City, NY 11101** | | **Union - PS 63 M** | **Contingent** <br> **Unliquidated** <br> **Disputed** | | | **$171,841.71** |
| **Chapman & Evans Inc.** <br> **40-29 27th Street** <br> **Long Island City, NY 11101** | | **Subcontractor - PK 391 M** | **Contingent** <br> **Unliquidated** <br> **Disputed** | | | **$360,154.15** |
| **DC Carpenters Union** <br> **395 Hudson Street** <br> **New York, NY 10014** | | **Union - Curtir HS; Forest Hills HS** | **Contingent** <br> **Unliquidated** <br> **Disputed** | | | **$196,064.32** |
| **Eagle 1 Mechanical, Inc.** <br> **62-43 30th Avenue** <br> **Woodside, NY 11377** | | **Subcontractor - I.S. 369 K; Forest Hills HS** | **Contingent** <br> **Unliquidated** <br> **Disputed** | | | **$145,329.00** |
| **Faith Construction, Inc.** <br> **16 Stewart Street** <br> **Brooklyn, NY 11207** | | **Subcontractor - Curtis HS** | **Contingent** <br> **Unliquidated** <br> **Disputed** | | | **$38,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | **Kafka Construction Inc.** | | Case number *(if known)* | **1-18-42637** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Forsythe Plumbing 14-24 118th Street College Point, NY 11356** | | **Subcontractor - PK 391 M; 597 K; Julia Richmond HS** | | | | **$78,750.00** |
| **Kenco Wire & Iron Product 425 Carr Avenue Keansburg, NJ 07734** | | **Supplier - Curtis HS** | **Contingent Unliquidated Disputed** | | | **$47,171.00** |
| **Mary Ellen Nicholson 42 Hopping Avenue Staten Island, NY 10307** | | **Judgment on property damage claim; possibly covered by available insurance coverage** | **Contingent Disputed** | | | **$91,994.03** |
| **MASON TENDERS LOCAL 79 520 EIGHTH AVENUE, Suite 600 New York, NY 10018-4196** | | **Union - PS 63 M; Curtis HS; Forest Hills HS** | **Contingent Unliquidated Disputed** | | | **$725,667.33** |
| **Meltzer Lippe 190 Willis Avenue Mineola, NY 11501** | | **Attorneys fees** | | | | **$90,000.00** |
| **Midtown HVAC Enterprises 111 22nd Street Brooklyn, NY 11232** | | **Subcontractor - Julia Richmond HS** | | | | **$90,450.00** |
| **POINTERS LOCAL 1 4 Court Square Floor 2 Long Island City, NY 11101** | | **Union - Legal fees and penalties** | **Contingent Unliquidated Disputed** | | | **$90,000.00** |
| **Pride Equipment 150 Nassau Ave Islip, NY 11751** | | **Equipment renatl - Curtis HS** | **Contingent Unliquidated Disputed** | | | **$41,916.75** |
| **Rosenberg & Manente, PLLC 12 West 32nd Street, 10th 10TH Floor New York, NY 10001** | | **Accounting Services** | | | | **$40,000.00** |
| **Selectric Electrical 78-14 46th Avenue Elmhurst, NY 11373** | | **Subcontractor - 391 M and Curtis HS** | | | | **$50,000.00** |
| **Varsity Plumbing & Heatin 31-99 123rd Street Flushing, NY 11354** | | **Subcontractor - PS 333; PS 163 M; PS 114 Q** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$39,085.41** |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Kafka Construction Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td><strong>1-18-42637</strong></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................    $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..............................................................................    $ _____37,000.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................    $ _____37,000.00

### Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____777,465.99

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $ _____28,484.52

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____3,176,028.75

4.    **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b    $ _____3,981,979.26

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Kafka Construction Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td><strong>1-18-42637</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Checking - TD Bank** | | | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $0.00 |
    |---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes Fill in the information below.

11.  **Accounts receivable**

| 11b. Over 90 days old: | 0.00 | - | 0.00 | =.... | Unknown |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Kafka Construction Inc.** | Case number *(If known)* **1-18-42637** |
|---|---|---|
| | Name | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $0.00 |
|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** **Pending Projects with SCA** | | $0.00 | | **Unknown** |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** | | | | |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $0.00 |
|---|

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Kafka Construction Inc.** | | Case number *(If known)* | **1-18-42637** |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture**<br>**Misc Office Furniture** | | |
| | | $0.00 | | $2,000.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $2,000.00 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2006 Lull 1044C-54 Forklift** | $40,000.00 | | $35,000.00 |
| 47.2. | **2009 Van** | Unknown | | Unknown |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | $35,000.00 |
|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Kafka Construction Inc.** | Case number *(If known)* **1-18-42637** |
|---|---|---|
| | Name | |

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Lawsuit agains SCA for breach of contract, wrongful termination, quantum meruit, account stated, defamation** | **Unknown** |
|         **Nature of claim** | |
|         **Amount requested**    $3,435,000.00 | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Change Orders on various projects pending with the SCA (estimated)** | **Unknown** |
|         **Nature of claim** | |
|         **Amount requested**    $2,000,000.00 | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78.    **Total of Part 11.**                                                                                      **$0.00**

Add lines 71 through 77. Copy the total to line 90.

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 4 |
|---|---|---|

| Debtor | **Kafka Construction Inc.** | Case number *(If known)* | **1-18-42637** |
|---|---|---|---|
| | Name | | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **Kafka Construction Inc.** | Case number *(If known)* | **1-18-42637** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td>Part 12:</td><td><b>Summary</b></td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $37,000.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $37,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Kafka Construction Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **1-18-42637**

☐ Check if this is an
  amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1**  **Alma Bank** | Describe debtor's property that is subject to a lien | **$750,000.00** | **$0.00** |
| Creditor's Name | | | |
| **28-31 31 street** **Astoria, NY 11102** | | | |
| Creditor's mailing address | Describe the lien **UCC Filing** | | |
| | **Is the creditor an insider or related party?** | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ☑ No | ☑ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated | | |
| | ☑ Disputed | | |
| **2.2**  **Berkley Insurance Company** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
| Creditor's Name | | | |
| **60 E 42nd Street** **Suite 1800** **New York, NY 10165** | | | |
| Creditor's mailing address | Describe the lien **UCC Filing** | | |
| | **Is the creditor an insider or related party?** | | |
| | ☑ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

| Debtor | **Kafka Construction Inc.** | Case number (if know) | **1-18-42637** |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 | **Wells Fargo Bank** | Describe debtor's property that is subject to a lien | $27,465.99 | $35,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2006 Lull 1044C-54 Forklift** | | |

**300 Tri State International
Suite 400
Lincolnshire, IL 60069**

Creditor's mailing address

**Describe the lien**

**UCC Filing**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Wells Fargo Equipment Fin** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Finance of Forklift** | | |

**3440 Walnut Ave
Box 133522
Building A Window H
Fremont, CA 94538-2210**

Creditor's mailing address

**Describe the lien**

**Additional Notice Address**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Unliquidated

■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $777,465.99 |
|---|---|---|

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

| Debtor | **Kafka Construction Inc.** | Case number (if know) | **1-18-42637** |
| --- | --- | --- | --- |
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Gottesman, Wolgel, Flynn, Weinberg & Lee PC 11 Hanover Sq. 4th Floor New York, NY 10005** | Line  __2.2__ | |

Fill in this information to identify the case:

Debtor name **Kafka Construction Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) **1-18-42637**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**George Diamoumakos**<br>**515 88th Street**<br>**Brooklyn, NY 11209** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,164.00 | $12,164.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**wages - Curtis HS; Julia Richmond HS** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Post Office Box 21126**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,619.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Kafka Construction Inc.** | Case number (if known) | **1-18-42637** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,380.52 | $1,380.52 |
|---|---|---|---|---|
| | **Leonard Schettino** | Check all that apply. | | |
| | **470 Halstead Ave** | ☐ Contingent | | |
| | **Harrison, NY 10528** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages - Curtis HS; Julia Richmond HS** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,073.00 | $2,073.00 |
|---|---|---|---|---|
| | **Manuel J. Quezada** | Check all that apply. | | |
| | **87 High Street** | ☐ Contingent | | |
| | **Naugatuck, CT 06770-4662** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages - Curtis HS; Julia Richmond HS** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | **NYS Department of Finance** | Check all that apply. | | |
| | **PO Box 5300** | ☐ Contingent | | |
| | **Albany, NY 12205-0300** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No | | |
| | | ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,248.00 | $5,248.00 |
|---|---|---|---|---|
| | **Segundo Quizhpilema** | Check all that apply. | | |
| | **32-32 30th Street** | ☐ Contingent | | |
| | **Apt 1F** | ☐ Unliquidated | | |
| | **Astoria, NY 11106** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Kafka Construction Inc.** | Case number (if known) | **1-18-42637** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**A&F Fire & Protection Co**
28 E. Chestnut Street
Massapequa, NY 11758

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,580.00 |
|---|---|---|---|

**A&V steel**
14414 106th Avenue
Jamaica, NY 11435

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Supplier - Julia Richond HS**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Abdur Rahim**
442 Franklin Avenue
Apt. 3
Brooklyn, NY 11238

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,545.00 |
|---|---|---|---|

**Accurate Precast**
1957 Pitkin Avenue
Brooklyn, NY 11207

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Supplier - Julia Richmond HS**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,173.45 |
|---|---|---|---|

**AJBBC**
SABAJ Law Firm
349 Fifth Avenue Ste 334
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Supplier - PS 63 M**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202,201.48 |
|---|---|---|---|

**American Express**
PO Box 297800
Fort Lauderdale, FL 33329-7800

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $249,344.00 |
|---|---|---|---|

**Army Construction**
730 Broad Street, Suite 5
Clifton, NJ 07013

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Subcontractor - Curtis HS**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Kafka Construction Inc.** | Case number (if known) | **1-18-42637** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82,543.00** |
|---|---|---|---|

**Blue Diamond Sheet Metal**
**1165 Station Road**
**Medford, NY 11763**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Part of Chapman & Evans, Inc. Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,901.17** |
|---|---|---|---|

**BRICKLAYERS & TROWEL TRAD**
c/o R. Richard Hopp, Esq.
**5301 Wisconsin Avenue, NW**
**Suite 800**
**Washington, DC 20015**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Judgment -PS 63 M**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$171,841.71** |
|---|---|---|---|

**BRICKLAYERS LOCAL 1**
**4 Court Sq 2nd Fl**
**Long Island City, NY 11101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Union - PS 63 M**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Builders District Council**
**Nicole Marimon, Esq.**
**40 Broad Street**
**New York, NY 10004**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Call Ahead**
**304 Crossbay Blvd**
**Far Rockaway, NY 11693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$360,154.15** |
|---|---|---|---|

**Chapman & Evans Inc.**
**40-29 27th Street**
**Long Island City, NY 11101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Subcontractor - PK 391 M**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chistopher Vardaros**
**22-30 74th Street**
**East Elmhurst, NY 11370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **insider - advances to Debtor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kafka Construction Inc.** | Case number (if known) | **1-18-42637** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Commissioner of Labor**
**State of NY Dept. of Labr**
**Albany, NY 12240**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Costas Katsifas**
**21 The Ridge**
**Manhasset, NY 11030**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insider - advances to Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$196,064.32** |
|---|---|---|---|

**DC Carpenters Union**
**395 Hudson Street**
**New York, NY 10014**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Union - Curtir HS;  Forest Hills HS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,852.04** |
|---|---|---|---|

**DRYWALL TAPERS LOCAL 1974**
**265 West 14th Street**
**Room 1003**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Union - Curtis HS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$145,329.00** |
|---|---|---|---|

**Eagle 1 Mechanical, Inc.**
**62-43 30th Avenue**
**Woodside, NY 11377**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Subcontractor - I.S. 369 K; Forest Hills HS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Enright Marble & Tile Cor**
**59-50 56th Road**
**Maspeth, NY 11378**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contractor - Julia Richmond HS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,000.00** |
|---|---|---|---|

**Faith Construction, Inc.**
**16 Stewart Street**
**Brooklyn, NY 11207**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Subcontractor - Curtis HS**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Kafka Construction Inc.** | | Case number (if known) | **1-18-42637** |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$249.24** |
|---|---|---|---|

**FedEx**
  **Synter Resource Group**
**5935 Rivers Avenue**
**STE 102**
**Charleston, SC 29406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,750.00** |
|---|---|---|---|

**Forsythe Plumbing**
**14-24 118th Street**
**College Point, NY 11356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Subcontractor - PK 391 M; 597 K; Julia Richmond HS

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,630.08** |
|---|---|---|---|

**Fransisco Perez**
**39-29 58th Street**
**Apt A7**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Wages - Curtis HS

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,662.00** |
|---|---|---|---|

**G&Fast Electric, Inc.**
 **36-12 23rd Street**
**Long Island City, NY 11101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Subcontractor - PK 597 K

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GC Expediting**
 **42 Broadway,**
 **Suite #12-118**
**Sunnyside, NY 11104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Curtis HS; Julia Richmond HS; PK 391

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Geico**
 **One GEICO Plaza**
**Bethesda, MD 20810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,519.97** |
|---|---|---|---|

**Home Depot Credit Service**
**Dept 32-2503194874**
 **PO Box 78047**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Kafka Construction Inc.** | | Case number (if known) | **1-18-42637** |
|---|---|---|---|---|

Name

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,122.00** |
|---|---|---|---|

**J & A Contractors Corp.**
**734 5th Avenue**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  _Subcontractor - PK 369 K_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James L. Smith Agency Inc**
**5401 Boulevard East**
**West New York, NJ 07093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  _paid or assigned to Berkley (Bonding Co.)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeremiah Sullivan**
**as Trustee**
**Holm & O'Hara LLP**
**3 West 35th St, 9th Fl**
**New York, NY 10001**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  _Notice Only - Bricklayers Union Local 1_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$47,171.00** |
|---|---|---|---|

**Kenco Wire & Iron Product**
**425 Carr Avenue**
**Keansburg, NJ 07734**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  _Supplier - Curtis HS_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kings Security**
**1900 Crotona Ave**
**Bronx, NY 10457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  _Paid by Berkley (Bonding Co.)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Landen Copier**
**Advanced Recovery Systems**
**PO Box 80766**
**Valley Forge, PA 19484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  _Additional Notice Address for Lease of Copy_
_Machine_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Litsco**
**76-11 88th Street**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Kafka Construction Inc.** | Case number (if known) | **1-18-42637** |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$91,994.03** |
|---|---|---|---|

**Mary Ellen Nicholson**
**42 Hopping Avenue**
**Staten Island, NY 10307**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Judgment on property damage claim; possibly covered by available insurance coverage**

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,384.00** |
|---|---|---|---|

**Mason Tenders DCF**
**520 Eighth Avenue**
**Suite 600**
**New York, NY 10018**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Union - Curtis HS; Julia Richmond HS**

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$725,667.33** |
|---|---|---|---|

**MASON TENDERS LOCAL 79**
**520 EIGHTH AVENUE,**
**Suite 600**
**New York, NY 10018-4196**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Union - PS 63 M; Curtis HS; Forest Hills HS**

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90,000.00** |
|---|---|---|---|

**Meltzer Lippe**
**190 Willis Avenue**
**Mineola, NY 11501**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys fees**

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90,450.00** |
|---|---|---|---|

**Midtown HVAC Enterprises**
**111 22nd Street**
**Brooklyn, NY 11232**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor - Julia Richmond HS**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,866.00** |
|---|---|---|---|

**Milad Contracting Corp.**
**59-01 39th Avenue**
**Woodside, NY 11377**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **subcontractor - I.S. 369 K**

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,570.00** |
|---|---|---|---|

**Mobility Elevator and**
**Lift Company**
**4 York Avenue**
**Suite 1**
**Caldwell, NJ 07006**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor - Julia Richmond HS**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Kafka Construction Inc.** | Case number (if known) | **1-18-42637** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,491.25** |
|---|---|---|---|

**Monmore**
 **236 Kimball Avenue**
**Yonkers, NY 10704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Curtis HS; Julia Richmond HS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,543.29** |
|---|---|---|---|

**NY Dist Carpenters Welfar**
**Fund**
**395 Hudson Street**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Current Benefits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |
|---|---|---|---|

**NYES**
 **368 Richardson Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Subcontractor - Curtis HS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,459.00** |
|---|---|---|---|

**NYS Unemployment**
 **PO Box 4301**
**Binghamton, NY 13902-4301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,839.00** |
|---|---|---|---|

**OPERATING ENGINEER**
**Local 15**
**44-40 11th St,**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Union - Forest Hills; Curtis HS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,000.00** |
|---|---|---|---|

**Optimum Window Manufactur**
**28 Canal Street**
**Ellenville, NY 12428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Supplier - Curtis HS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**PAVERS LOCAL 1010**
**17-20 Whitestone Expy,**
**Whitestone, NY 11357**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Union - Forest Hills;  seeking legal fees and penalties**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Kafka Construction Inc.** | Case number (if known) | **1-18-42637** |
|---|---|---|---|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90,000.00** |
|---|---|---|---|

**POINTERS LOCAL 1**
**4 Court Square Floor 2**
**Long Island City, NY 11101**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Union - Legal fees and penalties**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,250.00** |
|---|---|---|---|

**Precision 3Sixty NYC, Inc**
**252 Java Street**
**Ste 146**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **PK 391 K**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,916.75** |
|---|---|---|---|

**Pride Equipment**
**150 Nassau Ave**
**Islip, NY 11751**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equipment renatl - Curtis HS**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$392.73** |
|---|---|---|---|

**ReadyRefresh by Nestle**
**Associated Credit Service**
**115 Flanders Road**
**Ste 140**
**Westborough, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,679.00** |
|---|---|---|---|

**Ricoh USA, Inc.**
**70 Valley Stream Parkwa**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **L:ease of copy machine**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Rosenberg & Manente, PLLC**
**12 West 32nd Street, 10th**
**10TH Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**School Construction Auth**
**3030 Thomson Avenue**
**Long Island City, NY 11101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **possible claim for damages**

Is the claim subject to offset? ☐ No ■ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **Kafka Construction Inc.** | | Case number (if known) | **1-18-42637** |
|---|---|---|---|---|

Name

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

**Selectric Electrical**
**78-14 46th Avenue**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Subcontractor - 391 M and Curtis HS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Simpson Gumpertz &**
** Heger Inc.**
**PO Box 843476**
**Boston, MA 02284-3476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Supplier - Curtis HS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00**

**SPJ Piping Corp.**
** 120 49th Street**
**Brooklyn, NY 11232**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Subcontractor - DOE Main Office**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,317.00**

**Sunoco Fleet**
**Client Services Inc.**
**3451 Harry S Truman Blvd.**
**Saint Charles, MO 63301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**T-Mobile**
** Convergent Outsourcing,I**
**800 SW 39th Street**
** PO Box 9004**
**Renton, WA 98057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,912.00**

**United Rentals**
**6125 Lakeview Road**
**Ste 300**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Equipment supplier - Curtis HS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,613.35**

**US Fence Systems, Inc**
**553 3rd Avenue**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Supplier renatl equipment - Curtis HS**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    

| Debtor | **Kafka Construction Inc.** | | Case number (if known) | **1-18-42637** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$39,085.41** |
| | **Varsity Plumbing & Heatin** | ■ Contingent | | |
| | **31-99 123rd Street** | ■ Unliquidated | | |
| | **Flushing, NY 11354** | □ Disputed | | |
| | Date(s) debt was incurred __ | | | |
| | Last 4 digits of account number __ | Basis for the claim:  Subcontractor - PS 333; PS 163 M; PS 114 Q | | |
| | | Is the claim subject to offset? □ No ■ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$1,107.00** |
| | **Verizon** | □ Contingent | | |
| | **RPM LLC** | □ Unliquidated | | |
| | **20816 44th Avenue** | □ Disputed | | |
| | **Lynnwood, WA 98036** | | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$335.00** |
| | **Verizon** | □ Contingent | | |
| | **McCarthy, Burgess & Wolfe** | □ Unliquidated | | |
| | **26000 Canon Road** | □ Disputed | | |
| | **Bedford, OH 44146** | | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | **$3,523.00** |
| | **Visa Cardmember Svce** | □ Contingent | | |
| | **777 3rd Ave #12** | □ Unliquidated | | |
| | **New York, NY 10017** | □ Disputed | | |
| | Date(s) debt was incurred __ | Basis for the claim:  Credit card purchases __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes | | |

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Elan Financial Services**<br>**FMA Alliance Ltd**<br>**PO Box 2409**<br>**Houston, TX 77252-2409** | Line  **3.67**<br><br>□ Not listed. Explain ____ | __ |
| 4.2 | **Gayle A Rosen, Esq.**<br>**94 Willis Ave**<br>**Mineola, NY 11501** | Line  **3.8**<br><br>□ Not listed. Explain ____ | __ |
| 4.3 | **John Mastropietro Esq.**<br>**40 Broad St Ste 701**<br>**New York, NY 10004** | Line  **3.1**<br><br>□ Not listed. Explain ____ | __ |
| 4.4 | **KATHLEEN M. MORLEY, ESQ.**<br>**45 Broadway, 4th Floor**<br>**New York, NY 10006** | Line  **3.13**<br><br>□ Not listed. Explain ____ | __ |

| Debtor | **Kafka Construction Inc.** | | Case number (if known) | **1-18-42637** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.5 | **Lauren Michelle Kugielska**<br>**258 Saw Mill River Road**<br>**Elmsford, NY 10523** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **MASON TENDERS LOCAL 79**<br>**520 8th Avenue, Suite 679**<br>**New York, NY 10018** | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Michael Giampilis, Esq.**<br>**94 Willis Avenue**<br>**Mineola, NY 11501** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **NYC SCA**<br>**100 Church Street**<br>**New York, NY 10007** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Omrani & Taub PC**<br>**909 Third Ave**<br>**28th Floor**<br>**New York, NY 10022** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Richard A Kraslow, Esq.**<br>**425 Broad Hollow Road**<br>**Suite 206**<br>**Melville, NY 11747** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Robert Schacht PC**<br>**1001 Clove Road**<br>**Staten Island, NY 10301** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
| --- | --- | --- | --- | --- |
| **5a. Total claims from Part 1** | | 5a. | $ | 28,484.52 |
| **5b. Total claims from Part 2** | | 5b. + | $ | 3,176,028.75 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ | 3,204,513.27 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Kafka Construction Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known)    **1-18-42637**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Surety Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Berkley Insurance Company** <br> **60 E 42nd Street** <br> **Suite 1800** <br> **New York, NY 10165** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Lease if copy machine** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Ricoh USA, Inc.** <br> **70 Valley Stream Parkwa** <br> **Malvern, PA 19355** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Forklift Purchase Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Wells Fargo Bank** <br> **300 Tri State Internation** <br> **Suite 400** <br> **Lincolnshire, IL 60069** |

**Fill in this information to identify the case:**

Debtor name    **Kafka Construction Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **1-18-42637**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Berkley Insurance Company** | **60 E 42nd Street Suite 1800 New York, NY 10165 Berkley is potentially liable for any and all of the claims listed in the Schedules as it is the bonding company in this case** | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Chris Vardaros** | | **Berkley Insurance Company** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.3 | **Chris Vardaros** | | **Alma Bank** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.4 | **Costas Katsifas** | | **Alma Bank** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |

| Debtor | **Kafka Construction Inc.** | Case number *(if known)* | **1-18-42637** |

▌ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor**                                                                 Column 2: **Creditor**

2.5    **Costas Katsifas**                                                              **American Express**          ☐ D _____
                                                                                                                      ■ E/F ___3.6___
                                                                                                                      ☐ G _____

2.6    **Costas Katsifas**                                                              **Berkley Insurance**        ■ D ___2.2___
                                                                                        **Company**                   ☐ E/F _____
                                                                                                                      ☐ G _____

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Kafka Construction Inc.** _____  Case No.  **1-18-42637**

_____ Debtor(s)  Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $          26,717.00 |
| Prior to the filing of this statement I have received | $          26,717.00 |
| Balance Due | $               0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 14, 2018** _____  **/s/ Robert J. Spence**
*Date*                                                                         **Robert J. Spence**
*Signature of Attorney*
**Spence Law Office, P.C.**
**55 Lumber Road**
**Suite 5**
**Roslyn, NY 11576**
**516-336-2060   Fax: 516-605-2084**
**rspence@spencelawpc.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of New York

In re    **Kafka Construction Inc.**        Case No.    **1-18-42637**

Debtor(s)       Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher Vardaros**<br>**22-30 74th Street**<br>**East Elmhurst, NY 11370** | | | **50% interest** |
| **Costas Katsifas**<br>**21 The Ridge**<br>**Manhasset, NY 11030** | | | **50% interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 14, 2018**        Signature    **/s/ Costas Katsifas**

                                               **Costas Katsifas**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re   **Kafka Construction Inc.**                                    Case No.   **1-18-42637**

                                            Debtor(s)          Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kafka Construction Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Christopher Vardaros**
**22-30 74th Street**
**East Elmhurst, NY 11370**

**Costas Katsifas**
**21 The Ridge**
**Manhasset, NY 11030**

☐ None [*Check if applicable*]

**May 14, 2018**                              **/s/ Robert J. Spence**
Date                                          **Robert J. Spence**
                                              Signature of Attorney or Litigant
                                              Counsel for   **Kafka Construction Inc.**
                                              **Spence Law Office, P.C.**
                                              **55 Lumber Road**
                                              **Suite 5**
                                              **Roslyn, NY 11576**
                                              **516-336-2060 Fax:516-605-2084**
                                              **rspence@spencelawpc.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**   **Kafka Construction Inc.**                    **CASE NO.:**   **1-18-42637**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                                    (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___**Y**___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Robert J. Spence**
_____
**Robert J. Spence**
Signature of Debtor's Attorney
**Spence Law Office, P.C.**
**55 Lumber Road**
**Suite 5**
**Roslyn, NY 11576**
**516-336-2060 Fax:516-605-2084**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.